46 So.2d 867

**Pete (alias Peat) STRICKLAND v. STATE.**

6 Div. 901.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Petit larceny.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

46 So.2d 867

**William David STRICKLAND v. STATE.**

6 Div. 984.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Obstructing public justice.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

49 So.2d 927

**William B. STRIPLING v. STATE.**

6 Div. 28.

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.
Affirmed.

51 So.2d 918

**Robert SUDDUTH v. STATE.**

6 Div. 27.

Court of Appeals of Alabama.
Dec. 19, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.
Affirmed.

44 So.2d 923

**Edison Elmer SULLIVAN v. STATE.**

6 Div. 821.

Court of Appeals of Alabama.
Dec. 6, 1949.

Rehearing Denied Jan. 10, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Distilling.

Mize & Spiro, of Tuscaloosa, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

47 So.2d 926

**Bart L. SULLIVAN v. STATE.**

6 Div. 943.

Court of Appeals of Alabama.
May 9, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Nonsupport.

Jack H. McGuire, of Tuscaloosa, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

46 So.2d 867

**Leonard M. SULLIVAN v. STATE.**

**6 Div. 16.**

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Blount County; J. S. Stone, Judge.

Selling mortgaged property.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed.

51 So.2d 918

**Alvin SWAIN v. STATE.**

**7 Div. 90.**

Court of Appeals of Alabama.
Jan. 23, 1951.

Appeal from Circuit Court, Talladega County; W. D. DeBardelaben, Judge.

PER CURIAM.

Affirmed.

51 So.2d 919

**Loyal Talmadge SWINDLE v. STATE.**

**6 Div. 23.**

Court of Appeals of Alabama.
Dec. 19, 1950.

Appeal from Circuit Court, Tuscaloosa County; Reuben H. Wright, Judge.

PER CURIAM.

Affirmed.

44 So.2d 923

**Archie TANNER, alias Nichols v. STATE.**

**3 Div. 920.**

Court of Appeals of Alabama.
Jan. 17, 1950.

Appeal from Circuit Court, Escambia County; F. W. Hare, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

47 So.2d 926

**Carl David TARWATER v. STATE.**

**7 Div. 64.**

Court of Appeals of Alabama.
June 6, 1950.

Appeal from Circuit Court, Talladega County; Leslie 'C. Longshore, Judge.

Driving while intoxicated.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

44 So.2d 924

**Ganum TAYLOR v. STATE.**

**8 Div. 870.**

Court of Appeals of Alabama.
Feb. 7, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.